No. 80–1840.   Sasso v. United States.   C. A. 2d Cir. Certiorari denied.

No. 80–1847.   Wilson et al. v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 80–1851.   Almaguer v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 80–1856.   Mengrone v. United States.   C. A. 2d Cir. Certiorari denied.

No. 80–1865.   Abess v. United States.   C. A. 6th Cir. Certiorari denied.

No. 80–6275.   Turner v. United States.   C. A. 10th Cir. Certiorari denied.

No. 80–6315.   Haynes v. Illinois.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–6374.   Adler v. Ohio.   Ct. App. Ohio, Wood County.   Certiorari denied.

No. 80–6472.   Singleton v. State Bar of Wisconsin et al.   C. A. 7th Cir.   Certiorari denied.

No. 80–6474.   Davis v. McAllister et al.   C. A. 5th Cir. Certiorari denied.

No. 80–6475.   Ayers v. Maryland.   C. A. 4th Cir.   Certiorari denied.

No. 80–6477.   Hight v. Balkcom, Warden.   C. A. 5th Cir.   Certiorari denied.

No. 80–6485.   Singleton v. State Bar of Wisconsin et al.   C. A. 7th Cir.   Certiorari denied.